# United States Court of Appeals for the Federal Circuit

April 22, 2013

**ERRATA**

Appeal No. 2012-5086,-5087

**JACK LADD, JOBETH LADD, JOHN LADD, MARIE LADD, GAIL A. LANHAM, JAMES A. LINDSEY, MICHAEL A. LINDSEY, WILLIAM LINDSEY, CHARLIE MILLER, PAULINE MILLER, RAYMOND MILLER, VALENTIN CASTRO, III, DEBORAH ANN CASTRO REVOCABLE TRUST, JOSEPH LAWRENCE HEINZL, TAMMY WINDSOR-BROWN,**
*Plaintiffs-Appellants,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

Decided: April 9, 2013
Precedential Opinion

Please make the following change:

Page 1, add docket number "2012-5087"